IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-41130
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALBERT JULIAN COREY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:00-CR-24-1

_____
November 27, 2001

Before POLITZ, WIENER, and PARKER, Circuit Judges.

PER CURIAM:[*]

    The attorney appointed to represent Albert Julian Corey has requested leave to

withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738

(1967). Corey has not filed a response to counsel's motion to withdraw. Our

independent review of the brief and the record discloses no nonfrivolous issue for

appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is

excused from further responsibilities in this case, and the APPEAL IS DISMISSED.

5th Cir. R. 42.2

_____

    [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.